Filing # 48068952 E-Filed 10/25/2016 03:19:43 PM

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

CHARLES WOLF,   CASE NO:

    Plaintiff,

vs.

HOLIDAY CVS, LLC. D/B/A
CVS PHARMACY,

    Defendant.

_____/

## COMPLAINT

COMES NOW, Plaintiff, CHARLES WOLF, by and through the undersigned attorneys, and hereby files this complaint against Defendant, HOLIDAY CVS, LLC. D/B/A CVS PHARMACY, ("CVS"), a limited liability corporation, licensed to do business in the State of Florida and states as follows:

## GENERAL ALLEGATIONS

1. This is a cause of action for damages, which exceeds the minimal jurisdictional amount of Fifteen Thousand Dollars ($15,000.00), exclusive of costs, interest and attorney fees. Jurisdiction of the Court is invoked.

2. Plaintiff, CHARLES WOLF, is over the age of 18 and a resident of Orange County, Florida.

3. At all times relevant, CVS is a limited liability corporation, licensed to do business in the State of Florida.

4. CVS is located in Orlando, Orange County, Florida.

5. All conditions precedent to the filing of this action have occurred, accrued or have been waived as a matter of law.

6. All events relevant to this litigation occurred in Orange County, Florida, therefore, Venue is proper.

7. At all-times material hereto, CVS acted individually and by and through its agents, apparent agents, and/or employees acting within the scope of their agency, apparent agency and/or employment and in furtherance of CVS' business pursuits.

8. At all-time material hereto, CVS is individually liable for its own negligence and is vicariously liable for the negligent acts and omissions of its agents, apparent agents, and/or employees acting within the scope of their agency, apparent agency and/or employment and in furtherance of CVS' business pursuits.

## FACTS

11. On or about October 5, 2014, CHARLES WOLF presented to the CVS store # 2806 located at 7996 Conroy Windermere Road in Orlando, FL 32828 for his annual Flu Shot.

12. On or about October 5, 2014, Amanda Kessler, an agent and employee of CVS administered the Flu Shot.

13. As the agent and employee of CVS was administering the flu shot, she mentioned to CHARLES WOLF that she had very little experience administering flu shots.

14. Immediately after receiving the injection, CHARLES WOLF experienced acute pain in his left shoulder region.

15. As a result of the incident and the negligence of CVS' agent, Plaintiff, CHARLES WOLF, sustained serious and permanent injuries.

## COUNT I
## NEGLIGENCE

16. Plaintiff, CHARLES WOLF, adopts, re-alleges the allegations contained in the preceding paragraphs and for further cause of action alleges and avers as follows:

17. At all times material hereto, CVS purported to specialize in providing vaccines and to have them administered by an immunization-trained pharmacist.

2

18. CVS owed a duty to CHARLES WOLF, to perform the immunization services for which they were engaged with such skill, prudence, care and diligence commonly possessed by agencies in the community. Furthermore, CVS owed CHARLES WOLF the duty to provide competent and adequate services in accordance with the prevailing professional standards of care in the community.

19. In this regard, CVS owed a duty to CHARLES WOLF, among other things, to do all of the following:

a) To assure that qualified and experienced CVS agents and employees were assigned to handle immunizations to invitees such as CHARLES WOLF;

b) To perform or arrange to be performed a thorough and complete training with due diligence to each CVS agent and employee who would perform immunizations to invitees such as CHARLES WOLF before the immunization would be administered;

d) To exercise due care in the hiring of CVS agents and employees for the handling of the immunizations to invitees such as CHARLES WOLF;

20. CVS breached their duty owed to CHARLES WOLF as follows:

a) Failing to assure that qualified and experienced CVS agents and employees were assigned to handle his immunization;

b) Failing to perform or arrange to be performed a thorough and complete training with due diligence to the CVS agent and employee who performed the immunization to CHARLES WOLF;

c) Failing to exercise due care in the hiring of the CVS agent and employee for the handling of the immunization to CHARLES WOLF.

21. CVS' disregard and failure of their duty to CHARLES WOLF is the proximate cause of the damages suffered by CHARLES WOLF.

22. As a result of CVS' negligent breach of their duties, Plaintiff, CHARLES WOLF, suffered invasive procedures resulting in pain, suffering, disability, emotional trauma, loss of capacity for the enjoyment of life, expenses of hospitalization, medical expenses and treatment, inconvenience and injuries which are permanent within a reasonable degree of medical probability. The losses are either permanent or continuing and Plaintiff will suffer said losses into the future.

WHEREFORE, Plaintiff, CHARLES WOLFE, demands judgment for damages against Defendant, HOLIDAY CVS, LLC. D/B/A CVS PHARMACY together with pre-judgment interest, post judgment interest, taxable costs for such other and further relief as this Court deems proper.

## DEMAND FOR JURY TRIAL

Plaintiff, CHARLES WOLF, demands a jury trial on all issues so triable of each and every one of the Counts set forth above.

DATED: October 25, 2016.

/s/ Jason J. Recksiedler, Esquire
JASON J. RECKSEIDLER, ESQUIRE
Florida Bar No.: 092060
Nejame Law, P.A.
189 S. Orange Avenue, Suite 1800
Orlando, FL 32801
Telephone: 407-500-0000
Facsimile: 407-802-1709
Email for service (FL R.Jud.Admin.2.516):
Jason@nejamelaw.com, Bianca@nejamelaw.com
Litigation@nejamelaw.com
Attorney for Plaintiff

4